Di Angelo Publications

250 Main Ave N Twin Falls, ID

83301 Ph: (208) 969-9814

U.S. COURTS

MAR 23 2022

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DI ANGELO PUBLICATIONS , <br><br> vs. <br><br> T FORCE FREIGHT, <br><br> AND <br><br> BLUEGRACE LOGISTICS | Case No. <br><br> **COMPLAINT** <br> **(28 U.S.C. § 1332: Diversity of Citizenship)** <br><br> Jury Trial Requested ___ yes _X_ no |

## 1. JURISDICTION

Jurisdiction in this case is based on diversity of citizenship, meaning both of these statements are true:

☑ This civil action is between citizens of different states (no defendant is a citizen of the state of which I am a citizen).

☑ The amount in controversy (the amount I believe the defendant owes me) is more than $75,000, not including interest and costs.

## 2. PLAINTIFF

My name is Di Angelo Publications. I am a citizen of the State of Idaho, presently residing at 250 Main Ave N Twin Falls, Idaho 83301.

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A.   I am suing Bluegrace Logistics, a citizen of the State of Florida. ( 2846 S. Falkenburg Rd. Riverview, FL 33578)

B.   (Factual Basis of Claim) I am complaining that on __July 30th 2021_, Defendant

did the following *(state how Defendant participated in the wrongful act and include the reason Defendant so acted if known)*:

---

Delivered damaged books to our Di Angelo publications warehouse located in Twin Falls Idaho. The books were shipped from our affiliate warehouse in Maine. When the books left the premises they were in perfect condition, brand new, and properly packaged. Proof of this can be seen in an email confirmation from the shipper (Exhibit A). Bluegrace logistics was hired to handle the logistics for shipping the books from Maine, to Idaho. They used carrier Tforce Freight (Exhibit B) . Upon arrival of the Tforce Freight truck, all books were severely damaged, box were ripped, water damage was incurred, and the books spines were warped (exhibit C). The driver for Tforce freight refused to note the full damage of the books. Di Angelo publications warehouse manager and assistant, asked multiple times for the driver to note the damage - when he refused - they refused to sign the delivery slip (Exhibit D & E). We filed a claim with Bluegrace logistics - in turn they filed a claim with Tforce. TForce and Bluegeace both requested very specific detailed accounts and photos of damaged books. It took two Di Angelo Publications employees over four weeks to sort and detail the books. Tforce then sent an independent inspector to the warehouse who attested to the damage (Exhibit F). Six months passed and Tforce and Bluegrace refused to payout the claim - Attempting to state that one excuse after another on why they would not pay out the damage incurred. Di Angelo Publications sent an official claim for $75,853.50 of damaged products. No response.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of state law: __ 5-327 _____ Property Damage.

D. I allege that I suffered the following injury or damages as a result: Di Angelo Publications is a small business, damage caused by Tforce freight exceeds to our company products $75,000. In addition to the damaged product, this has caused major cash flow issues for our small business. We were guaranteed that the issue would be resolved within 120 business days of the incident. It has now been over 8month. A representative of Di Angelo publications has made a minimum of 1phone call a day for the last 8months, sent emails almost daily and it has caused an enormous amount of strain on company resources and time.

E. I seek the following relief: _____ $100,000 _____

## 3. DEFENDANT AND CAUSE OF ACTION
*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

A.  I am suing TForce Freight, a citizen of the State of Virginia. ( 1000 Semmes Avenue, Richmond, VA 23218-1216)

B.  (Factual Basis of Claim) I am complaining that on __July 30th 2021__, Defendant did the following *(state how Defendant participated in the wrongful act and include the reason Defendant so acted if known)*:

Delivered damaged books to our Di Angelo publications warehouse located in Twin Falls Idaho. The books were shipped from our affiliate warehouse in Maine. When the books left the premises they were in perfect condition, brand new, and properly packaged. Proof of this can be seen in an email confirmation from the shipper (Exhibit A). Bluegrace logistics was hired to handle the logistics for shipping the books from Maine, to Idaho. They used carrier Tforce Freight (Exhibit B). Upon arrival of the Tforce Freight truck, all books were severely damaged, box were ripped, water damage was incurred, and the books spines were warped (exhibit C). The driver for Tforce freight refused to note the full damage of the books. Di Angelo publications warehouse manager and assistant, asked multiple times for the driver to note the damage - when he refused - they refused to sign the delivery slip (Exhibit D & E). We filed a claim with Bluegrace logistics - in turn they filed a claim with Tforce. TForce and Bluegeace both requested very specific detailed accounts and photos of damaged books. It took two Di Angelo Publications employees over four weeks to sort and detail the books. Tforce then sent an independent inspector to the warehouse who attested to the damage (Exhibit F). Six months passed and Tforce and Bluegrace refused to payout the claim - Attempting to state that one excuse after another on why they would not pay out the damage incurred. Di Angelo Publications sent an official claim for $75,853.50 of damaged products. No response.

C. (Legal Basis of Claim) I allege that the acts described above violated the following provisions of state law: __ 5-327 _____ Property Damage.

D. I allege that I suffered the following injury or damages as a result: Di Angelo Publications is a small business, damage caused by Tforce freight exceeds to our company products $75,000. In addition to the damaged product, this has caused major cash flow issues for our small business. We were guaranteed that the issue would be resolved within 120 business days of the incident. It has now been over 8month. A representative of Di Angelo publications has made a minimum of 1phone call a day for the last 8months, sent emails almost daily and it has caused an enormous amount of strain on company resources and time.

E. I seek the following relief: _____ $100,000 _____

## 4. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct, as required by 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __250 Main Ave N Twin Falls ID 83301___ on ____03/14/22_____.
(Location)                                            (Date)

Plaintiff's Original Signature
Sequoia Schmidt
President
DiAngelo Publications

