# Exhibit A

From: **Nathan Fahn** nate@originmfg.com
Subject: "Only Cry for the Living" - Confirmation of Quality upon Shipment
Date: March 1, 2022 at 2:00 PM
To: Tiajah Nelson distribution@diangelopublications.com, **sequoia diangelopublications.com** sequoia@diangelopublications.com
Cc: Jon Bozak jonbozak@gmail.com, Jackson Zrubek jacksonz@originmfg.com

Hi Sequoia/ Tiajah,

Following up on Tiajahs phone call.

I would like to confirm that when these pallets of "Only Cry for the Living" Books were picked up from our warehouse (July '21) they were in perfect condition and appropriately boxes/ palletized/ wrapped.

Please let me know if there's anything else I can provide.

Thank you,

--
**Nathan Fahn, Purchasing Manager**
**ORIGIN | JOCKO FUEL**
**Factory: 1-888-858-1416**
**Direct Line: 207-579-3033**
**Cell: 207-779-7347**
..........................
http://www.ORIGINMAINE.COM
..........................
**HARD WORK. CLEAN FUEL. NO EXCUSES.**